**Edward H. Puls, appellee, v. Chicago & Northwestern Railroad Company, on appeal of William Wallace McCallum, appellant. Gen. No. 28,098.**

Personal injury suit. Intervening petition for attorney's lien. Petition dismissed. Appeal from the Circuit Court of Cook county; the Hon. Harry Edwards, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924. Rehearing denied March 24, 1924.

John A. Bloomingston, for appellant. David K. Tone and Henry Pollenz, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**David Friedman, administrator of the estate of Minnie Friedman, deceased, appellee, v. Philip Berland, appellant. Gen. No. 28,116.**

Damage action for death of plaintiff's mother, from being struck by truck operated by defendant's employee. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. F. J. Stransky, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924.

B. M. Shaffner, for appellant. Guy M. Walker, for appellee; E. C. Howard, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**John A. Levy, appellee, v. United States Fidelity & Guaranty Company, appellant. Gen. No. 28,126.**

Action on two burglary insurance policies. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Oscar R. Zipf, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924.

Mack, Garrett, Koepke & Lowes, for appellant. Cavender & Kaiser, for appellee.

Mr. Justice Thomson delivered the opinion of the court.